UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA CAROLE NIEMIEC,

    Plaintiff,

Case No. 20-cv-12199
Hon. Matthew F. Leitman

v.

ANTHONY CASA,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE (ECF No. 5.)

On January 29, 2021, the Court held a hearing on Defendant Anthony Casa's motion to dismiss, or in the alternative, to transfer venue. (ECF No. 5.)  For the reasons stated on the record, Defendant's motion is **DENIED.**

    **IT IS SO ORDERED**.

Dated: January 29, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764